THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Nathan Luckett, Appellant.
 
 
 

Appeal From Orangeburg County
 Edward B. Cottingham, Circuit Court 
 Judge

Unpublished Opinion No.  2005-UP-026
Submitted January 1, 2005  Filed January 
 13, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney 
 General, all of Columbia; and Solicitor Walter M. Bailey, Jr., of Summerville, 
 for Respondent.
 
 
 

PER CURIAM:  Nathan Luckett was indicted for armed robbery, carjacking, 
 and kidnapping.  The jury found him guilty of all charges.  The trial court 
 sentenced him to concurrent sentences of life in prison without the possibility 
 of parole on all of the charges, pursuant to South Carolina Code Annotated section 
 17-25-45 (2003 & Supp. 2003), as Luckett had two prior convictions for armed 
 robbery.  Lucketts counsel attached to the final brief a petition to be relieved 
 as counsel stating she had reviewed the record and concluded the appeal lacked 
 merit.  Luckett did not file a pro se response.  After a thorough review 
 of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and 
 State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the 
 appeal and grant counsels motion to be relieved. 
 [1] 
APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.